FILED
2006 Jul-27  PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DON DIONNE, TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF JELENE, YARBROUGH**     **Plaintiff,**  vs.  **RUSH MEDICAL GROUP,**     **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  04-PWG-2455-S |

## ORDER

Before the court are the objections of Rush Medical Group to the Findings and Recommendation of Chief Magistrate Judge Paul W. Greene in which he has recommended that the defendant's motion for partial summary judgment be denied. After a *de novo* review of the findings and recommendation, the objections of the defendant, and applicable law, the magistrate's findings and recommendation are ADOPTED and APPROVED. The defendant's motion for partial summary judgment is DENIED. The clerk is directed to return this file to Judge Greene for all further proceedings herein.

DONE and ORDERED this 26th day of July, 2006.

_____
United States District Judge